IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| VALERIE LOPEZ, § | |
| *Plaintiff,* § | |
| v. § | CIVIL ACTION NO. 4:24-cv-2252 |
| § | |
| HOUSTON INDEPENDENT § | |
| SCHOOL DISTRICT and RUBEN § | |
| VARGAS TREJO, § | |
| *Defendants* § | |

# PLAINTIFF'S NOTICE OF ORAL AND VIDEO DEPOSITION OF DEFENDANT RUBEN VARGAS TREJO

To: RUBEN VARGAS TREJO, by and through his attorney of record, Ennio J. Diaz, 3300 S. Gessner Rd. Suite 209, Houston, Texas 77063.

To: HOUSTON INDEPENDENT SCHOOL DISTRICT ("HISD"), by and through their attorneys of record, Paul A. Lamp and Melissa M. Goins, 3700 Buffalo Speedway, Suite 500, Houston, Texas 77098.

Please take notice that, under Federal Rule of Civil Procedure, Plaintiff, VALERIE LOPEZ, will take the oral and video deposition of RUBEN VARGAS TREJO on Tuesday June 10, 2025 at 10:00 a.m. at the TDCJ L.V. Hightower Unit at 902 FM686, Dayton, TX 77535.

The deposition will be recorded stenographically and on videotape. The stenographic recording will be taken by the company Steno. Steno's contact information is 315 W. 9th St Suite 807. Los Angeles, CA 90015; 888-707-8366; and concierge@steno.com.

[SIGNATURE BLOCK ON NEXT PAGE]

Respectfully submitted,

GARY E. PATTERSON

By*: /s/ Gary E. Patterson*
Bar No. 15590830
Federal ID: 8853
gpatterson@gpattersonlaw.com
1420 Alabama Street
Houston, Texas 77004
Tel. (713) 223-3095
Fax. (713) 510-1584
***Attorney for Plaintiff***

## CERTIFICATE OF SERVICE

I certify that on May 6, 2025, a copy of *Plaintiff's Notice of Oral and Video Deposition of Defendant Ruben Vargas Trejo* was served by email to all the counsel of record listed below:

Ennio J. Diaz
ejd@ejdiazlaw.com
State Bar No. 24028299
Fed. I.D. No. 34829
3300 S. Gessner Road, Suite 209
Houston, Texas 77063
Telephone: (713) 497-5928
Facsimile: (713) 493-7211
***Attorney for Defendant Ruben Vargas Trejo***

Paul A. Lamp
plamp@snll-law.com
State Bar No. 24002443
Fed I.D. No. 21711
Melissa M. Goins
mgoins@snll-law.com
State Bar No. 24074671
Fed I.D. No. 2089537
3700 Buffalo Speedway, Suite 500
Houston, Texas 77098
Telephone: (713) 993-7066
Facsimile: (888) 726-8374
***Attorneys for Defendant HISD***

                                                               */s/ Gary E. Patterson*
                                                               Gary E. Patterson